Alfred E. RATTEE v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 334-77

January 29, 1979. Appeal dismissed for lack of jurisdiction due to late filing of notice of appeal. V.R.A.P. 4.